**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7417**

---

NATHANIEL B. APPLEBY-EL,

Plaintiff - Appellant,

versus

BISHOP ROBINSON, Secretary, Public Safety &
Corrections; RICHARD LANHAM, Commissioner,
Division of Corrections; EUGENE NUTH, Warden,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Alexander Williams, Jr., District Judge.
(CA-95-1253-AW)

---

Submitted: March 13, 1997          Decided: March 19, 1997

---

Before HALL, ERVIN, and WILKINS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Nathaniel B. Appleby-El, Appellant Pro Se. John Joseph Curran, Jr.,
Attorney General, Glenn T. Marrow, OFFICE OF THE ATTORNEY GENERAL
OF MARYLAND, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Appleby-El v. Robinson, No. CA-95-1253-AW (D. Md. Aug. 2, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2